Richard L. Seabolt (CA SBN 67469)
rlseabolt@duanemorris.com
Patrick S. Salceda (CA SBN 247978)
psalceda@duanemorris.com
**DUANE MORRIS LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001

Matthew S. Yungwirth (GA SBN 783597)
(Admitted *Pro Hac Vice*)
msyungwirth@duanemorris.com
Alice E. Snedeker (GA SBN 151066)
(Admitted *Pro Hac Vice*)
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 2000
Atlanta, Georgia 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901

*Attorneys for Defendant,*
RUCKUS WIRELESS, INC.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>RUCKUS WIRELESS, INC.,<br><br>Defendant. | Case No.: 3:18-cv-01992-WHO<br><br>**NOTICE OF WITHDRAWAL OF RICHARD L. SEABOLT AS COUNSEL OF RECORD FOR DEFENDANT RUCKUS WIRELESS, INC.** |

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 11-5, Richard L. Seabolt of Duane Morris LLP provides notice that he withdraws as counsel for Defendant Ruckus Wireless, Inc. in the above-captioned matter. Defendant Ruckus Wireless, Inc. has no objections to this request. Withdrawing counsel for Defendant is:

Richard L. Seabolt, Esq.
**DUANE MORRIS LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105
Telephone: 415.957.3000
Facsimile:  415.957.3001
E-mail: RLSeabolt@duanemorris.com

Duane Morris LLP and Matthew S. Yungwirth, Alice E. Snedeker, and Patrick S. Salceda of Duane Morris LLP will remain as counsel for Defendant Ruckus Wireless, Inc. in the above-captioned matter.  This request will cause no delay, will not be prejudicial to any party, and is not contrary to the interests of justice.

Dated: June 26, 2018

Respectfully Submitted,

*/s/ Richard L. Seabolt*
Richard L. Seabolt
Patrick S. Salceda
**DUANE MORRIS LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile:  415.957.3001
E-mail: rlseabolt@duanemorris.com
E-mail: psalceda@duanemorris.com

Matthew S. Yungwirth
(Admitted *Pro Hac Vice*)
Alice E. Snedeker (GA SBN 151066)
(Admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 2000
Atlanta, Georgia 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901
E-mail: msyungwirth@duanemorris.com
Email:  aesnedeker@duanemorris.com

*Attorneys for Defendant*
RUCKUS WIRELESS, INC.

DM2\8968758.1